UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUTOMATTIC, INC.,

                Movant,

   - v. -

              No. 26-mc-239

BOSTON CONSULTING GROUP, INC.,

                Respondent.

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Fabien M. Thayamballi of Shapiro Arato Bach LLP

hereby appears as counsel for Movant Automattic, Inc.

I certify that I am admitted to practice in this Court.

Dated:  May 21, 2026
      New York, New York           Respectfully submitted,

                          /s/ Fabien M. Thayamballi
                          Fabien M. Thayamballi
                          Shapiro Arato Bach LLP
                          1140 Avenue of the Americas, 17th Floor
                          New York, New York 10036
                          (212) 257-4891
                          fthayamballi@shapiroarato.com

                          *Counsel for Movant Automattic, Inc.*