UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUTOMATTIC, INC.,

                Movant,

   - v. -

BOSTON CONSULTING GROUP, INC.,

               Respondent.

No. 26-mc-239

## **CERTIFICATE OF SERVICE**

I, Fabien M. Thayamballi, hereby certify that on May 21, 2026, I served unredacted

copies of Movant Automattic, Inc.'s Motion For Leave To File Case Under Seal Only With

Respect To Parts Of The Case-Initiating Motion and all attachments thereto by email upon the

following counsel for parties in the underlying action:

Rachel M. Kassabian
Brantley Ian Pepperman
Brian E. Mack
Deborah Kay Brown
Gregory Anthony Fuoco
Kevin Yoshiwo Teruya
Margret Mary Caruso
Michael Ernest Williams
Nathan Archibald
Sara E. Jenkins
Yury Kapgan
QUINN EMANUEL URQUHART & SULLIVAN, LLP
rachelkassabian@quinnemanuel.com
brantleypepperman@quinnemanuel.com
brianmack@quinnemanuel.com
deborahbrown@quinnemanuel.com
gregfuoco@quinnemanuel.com
kevinteruya@quinnemanuel.com
margretcaruso@quinnemanuel.com
michaelwilliams@quinnemanuel.com

nathanarchibald@quinnemanuel.com
sarajenkins@quinnemanuel.com
yurykapgan@quinnemanuel.com

Bruce Edward Samuels
PAPETTI SAMUELS WEISS MCKIRGAN LLP
bsamuels@pswmlaw.com

*Counsel for Plaintiff/Counter-defendant WPEngine, Inc.*

Joseph Richard Rose
Josh A. Krevitt
Orin Snyder
Brooke Myers Wallace
Howard S. Hogan
Ilissa S. Samplin
Michael H. Dore
GIBSON, DUNN & CRUTCHER LLP
jrose@gibsondunn.com
jkrevitt@gibsondunn.com
osnyder@gibsondunn.com
bwallace@gibsondunn.com
hhogan@gibsondunn.com
isamplin@gibsondunn.com
mdore@gibsondunn.com

Daniel Mark Bruggebrew
Rachel Rose Suhr
Timothy Paul Crudo
COBLENTZ PATCH DUFFY & BASS LLP
ef-dmb@cpdb.com
ef-rrs@cpdb.com
ef-tpc@cpdb.com

*Counsel for Defendant/Counter-claimant Matthew Charles Mullenweg and/or
Counter-claimants Wordpress Foundation, WooCommerce Inc.*

In addition, I served copies of the same documents by email on the following counsel for

Respondent Boston Consulting Group, Inc., with the exception of information that WPEngine,

Inc. designated as "Highly Confidential – Attorneys' Eyes Only" under the protective order in

the underlying action, which prohibits Automattic from disclosing such information to any non-

party or its counsel.

2

Lindsay Kosan
The Boston Consulting Group, Inc.
Kosan.Lindsay@bcg.com

*Counsel for Respondent Boston Consulting Group, Inc.*


Dated:  May 21, 2026
       New York, New York

/s/ Fabien M. Thayamballi
Fabien M. Thayamballi
