UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUTOMATTIC, INC.,

                    Movant,

   - v. -

BOSTON CONSULTING GROUP, INC.,

                    Respondent.

No. 26-mc-239

## <u>NOTICE OF DISMISSAL</u>

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Movant Automattic, Inc. hereby voluntary dismisses with prejudice this miscellaneous action seeking leave to file under seal the unredacted papers attached to Movant's sealing application.  Each party is to bear its own fees and costs.

Dated:  May 22, 2026
       New York, New York

Respectfully submitted,

<u>/s/ Daniel J. O'Neill</u>
Jonathan P. Bach
Daniel J. O'Neill
Fabien M. Thayamballi
Shapiro Arato Bach LLP
1140 Avenue of the Americas, 17th Floor
New York, New York 10036
(212) 257-4880
jbach@shapiroarato.com
doneill@shapiroarato.com
fthayamballi@shapiroarato.com

*Attorneys for Movant Automattic, Inc.*